```
ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555
```

Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 12-60302-A-7F |
| ENIO CERVANTES, | DC No. RHT-2 |
| | **TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))** |
| Debtor. | Date: March 5, 2014 |
| _____/ | Time: 9:00 a.m. |
| | Dept: A |

ROBERT HAWKINS, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S. C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S. C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on December 18, 2012. Robert Hawkins was appointed Chapter 7 Trustee on December 18, 2012.

3. Among the assets of the estate is a 2002 Ford F350 Diesel truck.

4. The Trustee wishes to sell the subject asset so that the proceeds can benefit the estate. The Trustee has elected to sell the subject assets by means of a public auction to be held on April 2, 2014 at 9:00 a.m., at 7979 Lacey Boulevard, Hanford, California.

5. The appointment of an auctioneer, Central Valley Auction, Inc., has been approved by this Court to conduct the auction of said property.

6.  The Trustee believes that the sale is in the best interests of the estate.

7.  The property proposed to be sold constitutes a portion of the personal property in possession of the debtor at the time the case was filed.

8.  The Trustee is informed and believes that the subject asset is not subject to any liens.

**WHEREFORE**, Movant prays as follows:

1.  For an Order approving the public auction sale of the subject property described above, to be held on April 2,2014 at 9:00 a.m., at 7979 Lacey Boulevard, Hanford, California; and

2.  For such other and further relief as the Court deems just and proper.

**DATED:** FEBRUARY 5, 2014

    /S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee

/////